
CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23049-CIV-MORENO
07-20580-CR-MORENO

STEFAN LUCIAN IONESCU,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER GRANTING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

THIS CAUSE came before the Court upon Movant's Motion to Vacate Sentence **(D.E. No. 1)**, filed on **October 9, 2009**.

THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED as both the United States and the Movant agree that in light of *United States v. Flores-Figueroa*, 129 S. Ct. 1886 (2009) the Government had insufficient evidence to establish beyond a reasonable doubt that Movant knew that the fraudulent means of identification in his possession belonged to another individual. Accordingly, the Court vacates the conviction under 18 U.S.C. § 1028A as the parties also agree that *Flores-Figueroa* is retroactively applicable. *See Dodd v. United States*, 365 F.3d 1273, 1280-81 (11th Cir. 2004) (holding that any court can make a new rule retroactive when a section 2255 motion is filed within one year of the Supreme Court's rule). It is also

**ADJUDGED** that all pending motions are DENIED as moot and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2009.

                                                    FEDERICO A. MORENO  
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record